In the Matter of the Claim of ADAM OLDEN, Respondent, against ONO LAKES HOMES CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision and award of the State Industrial Board under the Workmen's Compensation Law in favor of claimant. The sole question on appeal is whether claimant was an employee or an independent contractor. There is substantial evidence to sustain the decision of the Board. Award affirmed, with costs to the State Industrial Board. All concur. [See 269 App. Div. 716.]

In the Matter of the Claim of JAMES P. McCARNEY, Respondent, against CRANE Co., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board which affirmed the decision of the referee. Claimant was driving an automobile furnished by his employer for his use. On his way home he collided with another automobile. The question arose whether he had deviated from the route which he had taken. This was resolved in favor of the claimant. The testimony sustains the findings of the Board. Decision affirmed, with costs to the State Industrial Board. All concur.

In the Matter of the Claim of SUSIE DIORIO, Respondent, against EASY WASHING MACHINE CORP., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for death benefits made upon the grounds that the employee died from silicosis (pneumoconiosis), a disease for which compensation may be allowed under article 4-A of the Workmen's Compensation Law. Award affirmed, with costs to the State Industrial Board. All concur.

In the Matter of the Claim of MAY S. SCHRANTZER, Respondent, against WICKWIRE SPENCER STEEL COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits under the Workmen's Compensation Law. It was found that decedent was an employee of the Wickwire Spencer Steel Company, and that he met his death from injuries arising out of and in the course of his employment. Also that the Board had jurisdiction over the claim for death benefits notwithstanding the fact that decedent met his death in the State of Illinois. There is substantial evidence to sustain these findings. Award affirmed, with costs to the State Industrial Board. All concur.

In the Matter of the Claim of PHILIP KRAUTHAMER, Respondent, against FRANK M. KATZ, INC., et al., Respondents, and JOSEPH GOSSETT & SON, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award for wrist sprain (tenosynovitis) made against two employers and carriers. The evidence sustains the finding. Award affirmed, with costs to the State Industrial Board. All concur.